UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>25-3176</u>

Llerena Pilicita v. Attorney General

**ORDER**

 Pursuant to Federal Rule of Civil Procedure 5.2 (made applicable by Federal Rule of Appellate Procedure 25(a)(5)) and Third Circuit Local Appellate Rule 113.12, personal identifier information must be redacted from most filings.  These identifiers include Social Security numbers, names of minor children, financial account numbers, dates of birth, and home addresses in criminal cases.  **Litigants are responsible for redacting documents.**  This Court's Local Appellate Rules are available at <u>www.ca3.uscourts.gov.</u>

 Accordingly, this action has been docketed under the initials of the minor Petitioner, rather than Petitioner's full name.

 It is noted that the adult petitioners are identified in the case and caption by their full names.  If the adults wish to be identified by their initials as the minor child is or to proceed under a pseudonym, a motion requesting such relief must be filed with the Court within seven (7) days of the date of this Order.  Otherwise, the case will continue under the full names of the adults.

 The parties should comply with these privacy rules in any future filings, with the exception of the administrative record.  The Clerk will not review each filing for compliance.  This order has no impact on any filings in the agency, and the parties should address any issues regarding those filings with the appropriate agency.

For the Court,

 <u>s/ Patricia S. Dodszuweit</u>
Clerk

Dated: November 6, 2025
PDB/cc: All Counsel of Record